UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-10792-GW-AGRx | Date | November 12, 2025 |
|---|---|---|---|
| Title | *Stillwater Insurance Company v. Best Buy, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has reviewed the parties' Joint Report re Status of Settlement (ECF No. 34). Based thereon, the Court takes all previously set deadlines and hearing dates, and sets an Order to Show Cause re Settlement for December 11, 2025 at 8:30 a.m. The parties need not appear at the December 11 OSC if a dismissal is filed by December 8.

:

| Initials of Preparer | JG |
|---|---|