UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STILLWATER INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>BEST BUY, HAIER US APPLIANCE SOLUTIONS, INC. dba GE APPLIANCES and DOES 1 to 60,<br><br>　　　　　　　Defendants. | Case No.: CV 24-10792-GW-AGRx<br>Assigned to: Hon. George H. Wu<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Complaint filed: November 7, 2024<br>Action removed: December 13, 2024 |

# ORDER

Based on the Joint Stipulation re: Dismissal with Prejudice Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1), it is hereby ordered that the entire action is dismissed, with prejudice. Each party shall bear its own attorneys' fees and costs in this action.

IT IS SO ORDERED

Dated: November 25, 2025

By: _____
HON. GEORGE H. WU,
United States District Judge